UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DECHTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY, STEPHEN M. ROSS and JEFF T. BLAU,<br><br>Defendants, | 08-CV-1593 (SAS) |
| PETER FRANK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, and JEFF T. BLAU,<br><br>Defendants, | 08-CV-01026 (SAS) |
| MARK K. GOLDSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFFT T. BLAU, AND STEPHEN M. ROSS,<br><br>Defendants, | 08-CV-00505 (SAS) |

[Caption continued on following page.]

**NOTICE OF APPEARANCE**

| | |
|---|---|
| THOMAS LYONS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, JEFF T. BLAU, and STPEHEN M. ROSS<br><br>　　　　　　　　　　　Defendants, | 08-CV-1458 (SAS) |
| LORI WEINRIB, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER and ROBERT L. LEVY,<br><br>　　　　　　　　　　　Defendants. | 08-CV-01158 (SAS) |

PLEASE TAKE NOTICE that the undersigned, of the law firm of WolfBlock LLP, hereby enters an appearance as counsel of record for Defendant Centerline Holding Company.

Dated: March 24, 2008

　　　　　　　　　　　　　　　　　　　　WOLFBLOCK LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Jennifer R. Beltrami
　　　　　　　　　　　　　　　　　　　　250 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10177
　　　　　　　　　　　　　　　　　　　　(212) 883-4955
　　　　　　　　　　　　　　　　　　　　jbeltrami@wolfblock.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Centerline Holding Company*

NYC:760412.1/CEN126-250721

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

Robert C. Finkel
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
212-759-4600 (tel.)
rfinkel@wolfpopper.com

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706 (tel.)
rmaniskas@sbtklaw.com

Andrei V. Rado
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0853 (tel.)
ckeller@labaton.com

David A. Rosenfeld
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
877-992-2555 (tel.)
drosenfeld@csgrr.com

Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019
212-373-3000
rrosen@paulweiss.com

NYC:760412.1/CEN126-250721