# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------x
MARK GOLDSTEIN, Individually And On Behalf :    08-CV-00505-SAS
of All Others Similarly Situated,
                                           :
                    Plaintiff,             :

        vs.                                :

CENTERLINE HOLDING COMPANY, ET AL.,        :
                                           :
                    Defendants.            :
-------------------------------------------------x
JOHN CARFAGNO, derivatively on behalf of   :    08-CV-00912-SAS
CENTERLINE HOLDING COMPANY,
                                           :
                    Plaintiff,             :
                                           :
        vs.                                :

MARC D. SCHNITZER, ET AL.,                 :
                                           :
                    Defendants.            :
-------------------------------------------------x
PETER FRANK, Individually and on behalf of all :  08-CV-01026-SAS
others similarly situated,
                                           :
                    Plaintiff,             :

        vs.                                :

CENTERLINE HOLDING COMPANY, ET AL.,        :
                                           :
                    Defendants.            :
-------------------------------------------------x
```

[*ADDITIONAL CAPTIONS FOLLOW*]

## MOTION TO ADMIT
## JACOB GOLDBERG *PRO HAC VICE*

```
--------------------------------------------x
LORI WEINRIB, Individually and on behalf of all  :     08-CV-01158-SAS
others similarly situated,                       :
                                                 :
                          Plaintiff,             :
                                                 :
          vs.                                    :
                                                 :
CENTERLINE HOLDING COMPANY, ET AL.,              :
                                                 :
                          Defendants.            :
--------------------------------------------x
THOMAS LYONS, Individually and on behalf of      :     08-CV-01458-SAS
all others similarly situated,                   :
                                                 :
                          Plaintiff,             :
                                                 :
          vs.                                    :
                                                 :
CENTERLINE HOLDING COMPANY, ET AL.,              :
                                                 :
                          Defendants.            :
--------------------------------------------x
DEBORAH DECHTER, Individually and on             :     08-CV-01593-SAS
behalf of all others similarly situated,         :
                                                 :
                          Plaintiff,             :
                                                 :
          vs.                                    :
                                                 :
CENTERLINE HOLDING COMPANY, ET AL.,              :
                                                 :
                          Defendants.            :
--------------------------------------------x
LOUIS KANTER and JAMIE STARK,                    :     08-CV-01827-SAS
derivatively on behalf of Nominal Defendant      :
CENTERLINE HOLDING COMPANY,                      :
                                                 :
                          Plaintiff,             :
                                                 :
          vs.                                    :
                                                 :
STEPHEN M. ROSS, ET AL.,                         :
                                                 :
                          Defendants.            :
--------------------------------------------x
```

2

```
---------------------------------------x
BRIAN QUILL, Individually and on behalf of all   :    08-CV-01902-DAB
others similarly situated,
                                                 :
                          Plaintiff,             :

         vs.                                     :

                                                 :
CENTERLINE HOLDING COMPANY, ET AL.,              :

                                                 :
                          Defendants.            :
---------------------------------------x
BROY, derivatively on behalf of nominal          :    08-CV-01971-SAS
defendant CENTERLINE HOLDING COMPANY,:

                                                 :
                          Plaintiff,             :

         vs.                                     :

                                                 :
JEFF T. BLAU, ET AL.,                            :

                                                 :
                          Defendants.            :
---------------------------------------x
```

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Antonio Vozzolo, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Jacob Goldberg within the law firm of Faruqi & Faruqi, LLP, 2600 Philmont Avenue, Suite 324, Huntingdon Valley, PA 19006, telephone number (215) 914-2460, fax number (215) 914-2462.

Mr. Goldberg is a member in good standing of the Bar of the State of Pennsylvania (admitted December 1, 1992), United States District Court for the Eastern District of Pennsylvania (admitted October 23, 1995), Central District of Illinois (admitted May 30, 1996), District of Colorado (admitted July 1, 1999), Eastern District of Michigan (admitted February 21, 2007), United State Court of Appeals for the Third Circuit (admitted March 11, 1999), Fourth

Circuit (admitted October 9, 2002), and the Sixth Circuit (admitted March 26, 2007), as well as

the United States Supreme Court (admitted October 9, 2002).

      There are no pending disciplinary proceedings against Jacob Goldberg in any State or

Federal court.

Dated: March 28, 2008          Respectfully submitted,
       New York, New York

                           FARUQI & FARUQI, LLP

                           By:  _____
                              Antonio Vozzolo
                              SDNY Bar Code:  AV8773

                           369 Lexington Ave, Tenth Floor
                           New York, NY 10017
                           Tel:  (212) 983-9330
                           Fax:  (212) 983-9331

                           *Attorneys for Movants Roslyn Goldenberg,*
                           *Mitchell Goldenberg, Jane Goldenberg, Michael*
                           *Goldenberg and Lisa Goldenberg*



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Jacob Alexander Goldberg, Esq.*

### DATE OF ADMISSION

### *December 1, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 27, 2008**

Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

I, Antonio Vozzolo, hereby certify that on this 28th day of March, 2008, I caused a true and correct copy of the foregoing Motion to be served upon the persons listed on the annexed Service List by first class mail.

Antonio Vozzolo
SDNY Bar Code: AV8773

## SERVICE LIST

Christopher J. Keller, Esq.
Andrei V. Rado, Esq.
Alan I. Ellman, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Sherri R. Savvett, Esq.
Barbara A. Podell, Esq.
Eric Lechtzin, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Richard A. Rosen, Esq.
PAUL WEISS RIFKIND WHARTON &
    GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019
rrosen@paulweiss.com

Evan J. Smith, Esq.
BRODSKEY & SMITH, LLC
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4977
Facsimile: (516) 741-0626

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
David M. Promisloff
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Jeffrey S. Abraham, Esq.
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, New York 10019
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

Curtis V. Trinko, Esq.
LAW OFFICES OF CURTIS V.
    TRINKO, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158

Beth A. Kaswan, Esq.
SCOTT + SCOTT, LLP
29 West 57th Street
New York, New York 10019
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
bkaswan@scott-scott.com

David R. Scott, Esq.
SCOTT + SCOTT, LLP
108 Norwich Avenue
P. O. Bo 192
Colchester, Connecticut 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com

Walter W. Noss, Esq.
SCOTT + SCOTT, LLP
12434 Cedar Road, Suite 12
Cleveland Heights, Ohio  44106
Telephone:  (216) 229-6088
Facsimile:  (216) 229-6092
wnoss@scott-scott.com

Arthur Shingler, III
SCOTT + SCOTT, LLP
600 B Street Suite 1500
San Diego, California  92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508

Ralph M. Stone, Esq.
Thomas G. Ciarlone, Esq.
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
Telephone:  (212) 239-4340
Facsimile:  (212) 239-4310
rstone@lawssb.com
tciarlone@lawssb.com

Corey Holzer, Esq.
Michael I. Fistel, Jr., Esq.
Marshall P. Dees, Esq.
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Ste. E-107
Atlanta, Georgia  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029
cholzer@holzerlaw.com
mfistel@holzerlaw.com
mdeeds@holzerlaw.com

Jennifer F. Beltrami
WOLF BLOCK, LLP
250 Park Avenue
New York, New York 10177
Telephone:  (212) 883-4955
jbeltrami@wolfblock.com

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
James A. Harrod, Esq.
Danielle Disporto, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York  10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093

Kim E. Miller, Esq.
KAHN GAUTHIER SWICK, LLC
12 East 41st Street
New York, New York 10017
Telephone:  (212) 696-3730
Facsimile:  (504) 455-1498

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Telephone:  (504) 455-1400
Facsimile:  (504) 255-1498

Steven Cooper, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th Fl.
New York, New York  10022
Telephone:  (21) 521-5400
scooper@reedsmith.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

MARK GOLDSTEIN, Individually And On Behalf:   08-CV-00505-SAS
of All Others Similarly Situated,

       :

           Plaintiff,      :

       :

    vs.       :

       :

CENTERLINE HOLDING COMPANY, ET AL., :

       :

          Defendants.   :

———————————————————————x

JOHN CARFAGNO, derivatively on behalf of :   08-CV-00912-SAS
CENTERLINE HOLDING COMPANY,

       :

          Plaintiff,      :

       :

    vs.       :

       :

MARC D. SCHNITZER, ET AL.,      :

       :

          Defendants.   :

———————————————————————x

PETER FRANK, Individually and on behalf of all :   08-CV-01026-SAS
others similarly situated,

       :

          Plaintiff,      :

       :

    vs.       :

       :

CENTERLINE HOLDING COMPANY, ET AL., :

       :

          Defendants.   :

———————————————————————x

[*ADDITIONAL CAPTIONS FOLLOW*]

## AFFIDAVIT OF ANTONIO VOZZOLO IN
## SUPPORT OF MOTION TO ADMIT
## JACOB GOLDBERG *PRO HAC VICE*

```
————————————————————————x
LORI WEINRIB, Individually and on behalf of all  :     08-CV-01158-SAS
others similarly situated,
                                                 :

                                                 :
                         Plaintiff,
                                                 :

          vs.                                    :

                                                 :
CENTERLINE HOLDING COMPANY, ET AL.,  :

                                                 :
                         Defendants.
————————————————————————x
THOMAS LYONS, Individually and on behalf of  :     08-CV-01458-SAS
all others similarly situated,
                                                 :

                                                 :
                         Plaintiff,
                                                 :

          vs.                                    :

                                                 :
CENTERLINE HOLDING COMPANY, ET AL.,  :

                                                 :
                         Defendants.
————————————————————————x
DEBORAH DECHTER, Individually and on  :     08-CV-01593-SAS
behalf of all others similarly situated,
                                                 :

                                                 :
                         Plaintiff,
                                                 :

          vs.                                    :

                                                 :
CENTERLINE HOLDING COMPANY, ET AL.,  :

                                                 :
                         Defendants.
————————————————————————x
LOUIS KANTER and JAMIE STARK,  :     08-CV-01827-SAS
derivatively on behalf of Nominal Defendant
CENTERLINE HOLDING COMPANY,  :

                                                 :
                         Plaintiff,
                                                 :

          vs.                                    :

                                                 :
STEPHEN M. ROSS, ET AL.,

                                                 :
                         Defendants.
————————————————————————x
```

```
-------------------------------------------------x
BRIAN QUILL, Individually and on behalf of all    :    08-CV-01902-DAB
others similarly situated,                        :
                                                  :
                        Plaintiff,                :
                                                  :
        vs.                                       :
                                                  :
CENTERLINE HOLDING COMPANY, ET AL.,               :
                                                  :
                        Defendants.               :
-------------------------------------------------x
BROY, derivatively on behalf of nominal           :    08-CV-01971-SAS
defendant CENTERLINE HOLDING COMPANY,:
                                                  :
                        Plaintiff,                :
                                                  :
        vs.                                       :
                                                  :
JEFF T. BLAU, ET AL.,                             :
                                                  :
                        Defendants.               :
-------------------------------------------------x
```

Antonio Vozzolo, being duly sworn, hereby deposes and says as follows:

1.      I am of counsel at Faruqi & Faruqi, LLP representing Roslyn Goldenberg, Mitchell Goldenberg, Jane Goldenberg, Michael Goldenberg and Lisa Goldenberg ("Movants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Movants' Motion to admit Jacob Goldberg as counsel *pro hac vice* to represent Movants in this matter.

2.      I am a member in good standing of the bar of the State of New York (admitted January 27, 1999), United States District Court for the Eastern District of New York (admitted December 3, 2002), District of New Jersey (admitted December 13, 1998) and United States Court of Appeals for the Second Circuit (admitted November 10, 2005). I am also admitted to

3

the bar of the United States District Court for the Southern District of New York (admitted November 5, 2002), and am in good standing with this Court.

3.      I have known Mr. Goldberg since 2006.

4.      Mr. Goldberg is of counsel at Faruqi & Faruqi, LLP in the Huntingdon Valley, Pennsylvania.

5.      I have found Mr. Goldberg to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Mr. Goldberg, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Jacob Goldberg, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the Motion to admit Mr. Goldberg, *pro hac vice*, to represent Movants in the above captioned matter, be granted.

Dated: March 28, 2008                    Respectfully submitted,
       New York, New York

                                         _____
                                         Antonio Vozzolo
                                         SDNY Bar Code:  AV8773

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------x
MARK GOLDSTEIN, Individually And On Behalf :    08-CV-00505-SAS
of All Others Similarly Situated,          :
                                           :
                    Plaintiff,             :
                                           :
        vs.                                :
                                           :
CENTERLINE HOLDING COMPANY, ET AL.,        :
                                           :
                    Defendants.            :
----------------------------------------x
JOHN CARFAGNO, derivatively on behalf of   :    08-CV-00912-SAS
CENTERLINE HOLDING COMPANY,                :
                                           :
                    Plaintiff,             :
                                           :
        vs.                                :
                                           :
MARC D. SCHNITZER, ET AL.,                 :
                                           :
                    Defendants.            :
----------------------------------------x
PETER FRANK, Individually and on behalf of all :  08-CV-01026-SAS
others similarly situated,                 :
                                           :
                    Plaintiff,             :
                                           :
        vs.                                :
                                           :
CENTERLINE HOLDING COMPANY, ET AL.,        :
                                           :
                    Defendants.            :
----------------------------------------x
```

[*ADDITIONAL CAPTIONS FOLLOW*]

## [PROPOSED] ORDER FOR ADMISSION
## *PRO HAC VICE*
## ON WRITTEN MOTION

```
————————————————————————x
LORI WEINRIB, Individually and on behalf of all  :    08-CV-01158-SAS
others similarly situated,
                                                 :

                              Plaintiff,         :

                                                 :
              vs.
                                                 :

CENTERLINE HOLDING COMPANY, ET AL.,              :

                                                 :
                              Defendants.
————————————————————————x
THOMAS LYONS, Individually and on behalf of      :    08-CV-01458-SAS
all others similarly situated,
                                                 :

                              Plaintiff,         :

                                                 :
              vs.
                                                 :

CENTERLINE HOLDING COMPANY, ET AL.,              :

                                                 :
                              Defendants.
————————————————————————x
DEBORAH DECHTER, Individually and on             :    08-CV-01593-SAS
behalf of all others similarly situated,
                                                 :

                              Plaintiff,         :

                                                 :
              vs.
                                                 :

CENTERLINE HOLDING COMPANY, ET AL.,              :

                                                 :
                              Defendants.
————————————————————————x
LOUIS KANTER and JAMIE STARK,                    :    08-CV-01827-SAS
derivatively on behalf of Nominal Defendant
CENTERLINE HOLDING COMPANY,                      :

                                                 :
                              Plaintiff,
                                                 :

              vs.                                :

STEPHEN M. ROSS, ET AL.,                         :

                                                 :
                              Defendants.        :
————————————————————————x
```

2

```
--------------------------------------------x
BRIAN QUILL, Individually and on behalf of all    :    08-CV-01902-DAB
others similarly situated,
                                                  :
                           Plaintiff,             :
                                                  :
         vs.                                      :
                                                  :
CENTERLINE HOLDING COMPANY, ET AL.,               :
                                                  :
                           Defendants.            :
--------------------------------------------x
BROY, derivatively on behalf of nominal           :    08-CV-01971-SAS
defendant CENTERLINE HOLDING COMPANY,:
                                                  :
                           Plaintiff,             :
                                                  :
         vs.                                      :
                                                  :
JEFF T. BLAU, ET AL.,                             :
                                                  :
                           Defendants.            :
--------------------------------------------x
```

Upon the Motion of Antonio Vozzolo, attorney for Movants, and said sponsor attorney's Affidavit in support;

**IT IS HEREBY ORDERED** that Jacob Goldberg of Faruqi & Faruqi, LLP, 2600 Philmont Avenue, Suite 324, Huntingdon Valley, PA 19006, telephone number (215) 914-2460, fax number (215) 914-2462, e-mail jgoldberg@faruqilaw.com, is admitted to practice *pro hac vice* as counsel for Movants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____
          New York, New York


                                        _____
                                        United States District/Magistrate Judge